IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case 1:05-cv-01345-RPM

John T. Easter,

     Plaintiff,

vs.

Citigroup Inc.,

     Defendant.

## ORDER GRANTING STAY PENDING ARBITRATION

THIS MATTER having come before the Court on the Stipulated Motion for Stay Pending Arbitration in the above-captioned matter, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that such motion is GRANTED. All further proceedings in this case shall be stayed pending completion of the arbitration.

Dated: September /4, 2005

BY THE COURT:

Richard P. Matsch
District Court Judge