IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01345-RPM

JOHN T. EASTER,

        Plaintiff,

v.

CITIGROUP INC.,

        Defendant,
_____

ORDER FOR STATUS REPORT
_____

On September 15, 2005, this Court entered an Order Granting Stay Pending Arbitration.  Nothing further has been filed.  It is therefore

ORDERED that counsel shall file a status report with this Court by March 26, 2007.

DATED:  March 16th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge