## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case 1:05-cv-01345-RPM

John T. Easter,

    Plaintiff,

vs.

Citigroup Inc.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Dkt. No. 8), dated March 23, 2007, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that the motion is GRANTED. The above-captioned matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 23rd day of March, 2007.

        BY THE COURT:


        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge